**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITIMORTGAGE, INC., A FOREIGN CORPORATION,

Appellant,

vs.

HAMPTON AND HAMPTON COLLECTIONS, LLC,

Respondent.

No. 68458

**FILED**

DEC 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting in part a motion to dismiss, or alternatively for summary judgment, in an action concerning title to real property. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the district court did not enter a final order appealable under NRAP 3A(b)(1) because claims remained pending below and the order was not certified as final pursuant to NRCP 54(b).

In response to our order, appellant concedes that claims remain pending in the district court and submits that this appeal should be dismissed. We thus conclude that we lack jurisdiction over this appeal, see NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000), and order this appeal dismissed. This dismissal is without prejudice to appellant's ability to file a notice of appeal from any appealable order entered in this matter. *See* NRAP 3A(b). We decline respondent's request

SUPREME COURT
OF
NEVADA

(O) 1947A

15-36534

to require appellant to pay respondent's fees and costs as the result of this "invalid and improper appeal."

It is so ORDERED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. Michael Villani, District Judge
        Janet Trost, Settlement Judge
        Aldridge Pite, LLP
        Brownstein Hyatt Farber Schreck, LLP/Las Vegas
        Eighth District Court Clerk